Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 18–51253–amk**

**In re:**
West Point Market of Akron, LLC
33 Shiawassee Ave.
Akron, OH 44333

**Social Security No.:**

**Employer's Tax I.D. No.:**
81–4120129

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☒ Marc P. Gertz is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☒ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** March 17, 2023  **BY THE COURT**
Form ohnb136  /s/ Alan M. Koschik
United States Bankruptcy Judge